David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff,*
Jeannie McKinnon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **JEANNIE MCKINNON, Individually and On Behalf of All Others Similarly Situated,** | **Case No.:** 2:14-cv-01348-JAD-PAL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **NATIONAL SERVICE BUREAU, INC.,** | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

**NOTICE IS HERBY GIVEN** that the dispute between Plaintiff JEANNIE MCKINNON ("Plaintiff") and NATIONAL SERVICE BUREAU, INC. ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Request for Dismissal of the Action as to the named Plaintiff, with prejudice, and to the putative class members, without prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 30, 2015 for filing a Dismissal.

Dated: December 1, 2014                               Respectfully submitted,

                                          BY: /s/ DANNY J. HOREN
                                              DANNY J. HOREN, ESQ.
                                              KAZEROUNI LAW GROUP, APC
                                              ATTORNEYS FOR PLAINTIFF

**IT IS ORDERED** that counsel shall have until **January 30, 2015**, to file a stipulation for dismissal.

DATED this 3rd day of December, 2014.

                                          _____
                                          Peggy A. Leen
                                          United States Magistrate Judge

NOTICE OF SETTLEMENT                                                           2