| | |
|---|---|
| 1 | Danny J. Horen, Esq. |
| 2 | NV Bar No. 13153 |
| 3 | Kazerouni Law Group, APC |
|   | 7854 W. Sahara Avenue |
| 4 | Las Vegas, NV 89117 |
| 5 | Telephone: (800) 400-6808x7 |
|   | Facsimile: (800) 520-5523 |
| 6 | danny@kazlg.com |
| 7 | |
|   | David H. Krieger |
| 8 | Haines & Krieger, LLC |
| 9 | 8985 S. Eastern Avenue, Ste. 130 |
|   | Henderson, NV 89123 |
| 10 | Telephone: (702) 880-5554 |
| 11 | Facsimile: (702) 383-5518 |
| 12 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNIE MCKINNON, Individually and On Behalf of All Others Similarly Situated, | **Case No.:** 2:14-cv-01348-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| NATIONAL SERVICE BUREAU, INC., | |
| Defendant. | |

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff JEANNIE MCKINNON's dismissal of the claims against Defendant SEATTLE SERVICE BUREAU d/b/a NATIONAL SERVICE BUREAU, INC., in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the putative class members. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 30, 2015

BY: */s/ STEPHEN WATKINS*  
STEPHEN WATKINS, ESQ.  
ATTORNEY FOR DEFENDANT

BY: */s/ DANNY J. HOREN*  
DANNY J. HOREN, ESQ.  
ATTORNEY FOR PLAINTIFF

**ORDER**

Based on the parties stipulation, IT IS HEREBY ORDERED that the plaintiff's claims are DISMISSED with prejudice, and the putative class members' claims are DISMISSED without prejudice; each party to bear its own fees and costs. The Clerk of Court is directed to close this case.

Dated: January 30, 2015.

_____
UNITED STATES DISTRICT COURT